```
Court Name: United States District Court
Division: 1
Receipt Number: 14683095675
Cashier ID: nbrown
Transaction Date: 06/30/2022
Payer Name: KYLIE AMISON

CIVIL FILING FEE- NON-PRISONER
 For: KYLIE AMISON
 Case/Party: D-VAE-1-22-CV-000731-001
 Amount:      $402.00

CHECK
 Remitter: KYLIE AMISON
 Check/Money Order Num: 3066
 Amt Tendered: $402.00

Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:       $0.00
```