AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Kylie Amison | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00731-CMH-WEF |
| George Mason University et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kylie Amison                                                                                                 .

Date:     09/07/2022                                             /s/ William W. Smith, III, Esq.
                                                                              *Attorney's signature*

                                                                William W. Smith, III, VA Bar ID 92533
                                                                *Printed name and bar number*

                                                                    Critzer Cardani, PC
                                                            12090 West Broad Street, 2nd Floor
                                                                    Henrico, VA 23233

                                                                          *Address*

                                                                   Will@cclawva.com
                                                                      *E-mail address*

                                                                     (804) 793-8010
                                                                    *Telephone number*

                                                                     (804) 767-3436
                                                                       *FAX number*