**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA**

KYLIE AMISON,                                    )
                                                 )
                                                 )
        *Plaintiff*,                             )
                                                 )
                                                 )
v.                                               )          Civil Action No.: 1:22-cv-00731
                                                 )
RECTOR AND VISITOR OF GEORGE                     )
MASON UNIVERSITY, *et al*,                       )
                                                 )
                                                 )
        *Defendant*.                             )


**DEFENDANT'S NOTICE OF HEARING ON MOTION TO DISMISS**


Please be advised that on Friday, the 18th day of November 2022, at 10:00 a.m., or as

soon thereafter as the parties may be heard, counsel for Defendant will move the Court to hear

Defendant's Motion to Dismiss.

October 10, 2022                    RESPECTFULLY SUBMITTED


                                    _____/s/_____
                                    Eli S. Schlam, Asst. Atty. Gen.
                                    Virginia Bar Number 92987
                                    George Mason University
                                    4400 University Drive,
                                    MS 2A3
                                    Fairfax, VA 22030
                                    Phone: (703) 993-2619
                                    Fax: (703) 993-2340
                                    eschlam@gmu.edu

                                    *Attorney for The Rector and Visitors of George
                                    Mason University*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October 2022, I will electronically file the

foregoing with the Clerk of the Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to counsel of record in this case.

_____/s/_____

Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu