# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLIE AMISON, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No.: 1:22-cv-00731 |
| | ) |
| RECTOR AND VISITOR OF GEORGE MASON UNIVERSITY, *et al*, | ) |
| | ) |
| *Defendant*. | ) |

## RECTOR AND VISITORS OF GEORGE MASON AND GEORGE MASON UNIVERSITY'S NOTICE OF HEARING ON
## <u>MOTION TO DISMISS AMENDED COMPLAINT</u>

Please be advised that on Friday, the 2nd day of December 2022, at 10:00 a.m., or as soon thereafter as the parties may be heard, counsel for Defendants will move the Court to hear Defendants' Motion to Dismiss.

November 4, 2022                                     RESPECTFULLY SUBMITTED

                                          _____/s/_____
                                          Eli S. Schlam, Asst. Atty. Gen.
                                          Virginia Bar Number 92987
                                          George Mason University
                                          4400 University Drive,
                                          MS 2A3
                                          Fairfax, VA 22030
                                          Phone: (703) 993-2619
                                          Fax: (703) 993-2340
                                          eschlam@gmu.edu

                                          *Attorney for The Rector and Visitors of George Mason University*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record in this case.

                                                  /s/

Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu