IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KYLIE AMISON, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 1:22-cv-00731 |
| GEORGE MASON UNIVERSITY, et al. | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss the Complaint. It appearing to the Court that the Plaintiff has timely filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(1)(B), it is hereby

ORDERED that the Motion to Dismiss the Plaintiff's Complaint is DENIED as MOOT.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 18, 2022