IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLIE AMISON, et al.,<br><br>        *Plaintiffs,*<br><br>v.<br><br><br>GEORGE MASON UNIVERSITY, et al.<br><br>        *Defendants.* | Case No: 1:22-cv-00731 |

## UNOPPOSED MOTION TO APPEAR REMOTELY

**NOW COMES** Plaintiff Kylie Amison, by and through her attorneys, with this Motion to Appear Remotely at the hearing on Defendant's Motion to Dismiss [Doc. 11] scheduled for December 2, 2022, at 10:00 a.m. in Alexandria Courtroom 800 before District Judge Claude M. Hilton and hereby states the following:

1. Plaintiff's attorney, Keith Altman, Esq., is currently scheduled to appear via telephone at another Status Conference in United State District Court for the Southern District of New York on December 2, 2022, at 11:00 a.m.

2. Mr. Altman resides and has his principal place of business in the state of Michigan.

3. Mr. Altman has become legally blind within the last year and traveling requires a great deal of accommodations to be put in place.

4. Plaintiff's attorneys believes that an appearance by either video or telephone would not cause any party to be prejudiced.

5. Plaintiff's attorneys have reached out to confer with the Defendants on the details of the present Motion and they have indicated they do not oppose, therefore hearing is waived.

**WHEREFORE** Plaintiff requests that the Court approve the foregoing Motion and allow for attorney Keith Altman, Esq. to appear remotely at the December 2, 2022 hearing.

Date: November 22, 2022          Respectfully submitted,

Keith Altman, Esq. (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com

/s/ *William W. Smith, III*
William W. Smith, III, Esq.
(VA Bar ID 92533)
Critzer Cardani, PC
12090 West Broad Street, 2nd Floor
Henrico, VA 23233
(804) 793-8010
(804) 767-3436 fax
Will@cclawva.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on November 22, 2022, I served the foregoing document upon all CM/ECF registered parties herein by filing copies of same using the CM/ECF System.

                                                  Respectfully Submitted,

                                                  Keith Altman, Esq.