IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLIE AMISON, et al., *Plaintiffs*, v. GEORGE MASON UNIVERSITY, et al. *Defendants*. | Case No: 1:22-cv-00731 |

### [PROPOSED] ORDER

This Matter, having come before the Court on Plaintiff's Unopposed Motion to Appear Remotely, and that the Motion is made in good cause, it is hereby:

**ORDERED** that Plaintiff's Unopposed Motion to Appear Remotely at the December 2, 2022 hearing on Defendant's Motion to Dismiss is granted.

DATED November ____, 2022.           BY:

_____
Claude M. Hilton
United States District Judge