IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KYLIE AMISON, </br></br>  Plaintiff, </br></br> v. </br></br> GEORGE MASON UNIVERSITY, et al. </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Case No. 1:22-cv-00731 </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

It appearing to the Court that Plaintiff's Amended Complaint states a claim upon which relief may be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 5, 2022