IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| KYLIE AMISON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:22-cv-00731 |
| | ) | |
| RECTOR AND VISITOR OF GEORGE MASON UNIVERSITY, *et al*, | ) | |
| | ) | |
| *Defendant*. | ) | |

### RECTOR AND VISITORS OF GEORGE MASON AND GEORGE MASON UNIVERSITY'S NOTICE OF HEARING ON RULE 59 AND 60 MOTION TO RECONSIDER, OR, IN THE ALTERANTIVE, <u>MOTION TO DISMISS UNDER RULE 12(b)(1)</u>

Please be advised that on Friday, the 10th day of February 2023, at 10:00 a.m., or as soon thereafter as the parties may be heard, counsel for Defendants will move the Court to hear Defendants' Motion to Reconsider or in the Alternative Motion to Dismiss Under Rule 12(b)(1).

December 21, 2022                                        RESPECTFULLY SUBMITTED

                                                                 _____/s/_____

                                        Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu

*Attorney for The Rector and Visitors of George Mason University*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record in this case.

                                                      /s/

Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu