# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLIE AMISON, )<br>)<br>)<br>    *Plaintiff*, )<br>)<br>)<br>v. )<br>)<br>RECTOR AND VISITOR OF GEORGE )<br>MASON UNIVERSITY, *et al.* )<br>)<br>)<br>    *Defendants*. ) | Civil Action No.: 1:22-cv-00731 |

## RECTOR AND VISITOR OF GEORGE MASON UNIVERSITY AND GEORGE MASON UNIVERSITY NOTICE OF APPEAL

Pursuant to the collateral order doctrine, Rector and Visitor of George Mason University and George Mason University (collectively "Mason") appeal to the United States Court of Appeals for the Fourth Circuit from the order denying Mason's motion to dismiss entered on December 5, 2022.  Mason is an "arm of the Commonwealth of Virginia," *Adkins v. Rector & Visitors of George Mason Univ.*, No. 15cv879, 2015 U.S. Dist. LEXIS 128150, at *4 (E.D. Va. Sept. 23, 2015), and this appeal raises issues of Eleventh Amendment and sovereign immunity; therefore, this appeal falls within the collateral order doctrine.  *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993).

Mason has filed a motion for reconsideration under Rule 59 and 60 of the December 5, 2022 Order.  *See* Dkt. 21, 22.  Therefore, pursuant to Fed. R. App. P. 4(a)(4)(B)(i), this notice does not become effective until the District Court enters an order resolving Mason's motion under Rule 59 and 60, and this appeal should be held in abeyance until resolution of the pending motion.

December 29, 2022					RESPECTFULLY SUBMITTED,

					_____/s/_____

					Eli S. Schlam, Asst. Atty. Gen.
					Virginia Bar Number 92987
					George Mason University
					4400 University Drive,
					MS 2A3
					Fairfax, VA 22030
					Phone: (703) 993-2619
					Fax: (703) 993-2340
					eschlam@gmu.edu

					*Attorney for The Rector and Visitors of George*
					*Mason University and George Mason*
					*University*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record in this case.

                                                     _____/s/_____

                                                     Eli S. Schlam, Asst. Atty. Gen.
                                                     Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu