FILED: January 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1042
(1:22-cv-00731-CMH-WEF)

_____

KYLIE AMISON

       Plaintiff - Appellee

v.

GEORGE MASON UNIVERSITY; THE RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY

       Defendants - Appellants

and

JOHN DOES 1-25; SOCRATES DIMITRIADIS

       Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:22-cv-00731-CMH-WEF |
| Date notice of appeal filed in originating court: | 12/29/2022 |
| Appellants | George Mason University and The Rectors and Visitors of George Mason University |
| Appellate Case Number | 23-1042 |
| Case Manager | Anisha Walker<br>804-916-2704 |