# EXHIBIT 1



**From:** Socrates Dimitriadis
**Cc:**
**Bcc:** Kylie M Amison;

**Subject:** CS 112 NR grade
**Date:** Wednesday, May 20, 2020 3:29:53 PM

Hello,

    We regret to inform you (bcc'd on this email) that we found similarities between your homework (and/or the final exam) and at least one other student's work and/or materials found online. We have been carefully analyzing students' submissions, and it could not be dismissed or explained away by any expected coincidence or anticipated similarities; they were either clearly copied/obfuscated, or had other signs of inappropriately shared materials for some part or whole of the work. As stated at the semester's beginning and in our syllabus, we must report these cases to the honor committee. This is not a claim to have understood why there are similarities - but whether a student shares or receives coursework, it is a violation of the honor code as it applies to this class's assignments.

    Given the timing, we have recorded (or will record) a temporary grade for the semester; it shows up as "NR", not recorded. You will be contacted by the Office of Academic Integrity (OAI) some time soon to schedule an informal meeting to gather information. At that time, you will be shown the materials in question for you and any other student involved in the case, and be reminded of your options. If you know you did in fact share work on the project, or copied code from online or a classmate and attempted to obfuscate that fact, it is in your best interest now to just accept the consequences so you can move on with the next semester. It might mean you want to register for CS112 now rather than waiting for the outcome. If you believe something else might explain the situation or exonerate you, you are well within your rights to have a hearing to discuss it further with OAI. After the entire process is completed, your grade will be updated either to show the grade earned through the semester, or to reflect sanctions determined by the honor committee.

    Please understand that **it is not your professors who get to determine** what occurred - it would go to a committee of peers at OAI. Not only is that in your best interest (professors can't unilaterally take such action against you), it also means that writing to us about the case itself is not the right action to take - any contact with your professor about a case will have to

be forwarded and also discussed at any potential hearing. Please wait for the folks at OAI to contact you; we will be turning in the paperwork to them soon and they will process it when they can.

Regards,
CS 112 Professors