# EXHIBIT 3



**Academic Integrity**
4400 University Drive, MS 6C9, Fairfax, Virginia 22030
Phone: 703-993-6209; Fax: 703-993-2893

July 01, 2020

Kylie Amison
George Mason University
Fairfax, VA 22030

Case # 201902230

Dear Kylie,

On June 29, 2020 the Honor Committee reviewed your case. The result of the review was as follows:

You have been found **AI - In Violation** for HC.1.D: Providing or attempting to benefit from unauthorized academic material and assistance: This includes but is not limited to the posting or enabling of posting of homework assignments and/or exams or solutions on websites
You have been found **AI - In Violation** for HC.1.E: Violation of course requirements regarding integrity: This includes syllabus violations as well as violations of instructions related to integrity that appear in the course.

The committee came to this determination based on the following findings and rationale:

The student was referred to the Honor Committee because up to 78% of one of her assignments matched Chegg and 43-70% of her assignment matched to five other students. The student claims that she is not responsible because she scored a 24% on the assignment due to her lack of understanding of the type of code. The professor says that it is nearly impossible to have the exact same code due to the unorthodox way the student created the code. Furthermore, the syntax would unlikely be identical. The professor also stated that multiple professors review the Moss report manually and the decision of whether or not a case is referred to OAI is a collaborative decision made by both instructors of this course. The student stated that the class was informed via Piazza that students were allowed to use CodeAcademy. The student provided a screenshot of a Piazza post where someone asked if using CodeAcademy to practice is okay. An instructor in the course responded to this post stating that he has informed students that CodeAcademy is ok. While the instructor indicates students can use this resource to practice their own code, it appears the student used code that did not originate from her own work in the submission of her assignment. Due to the reliability of Moss, we the committee find clear and convincing evidence that the student has violated the Honor code. Given that this is the student's second referral, the committee finds suspension to be an appropriate sanction.

The Honor Committee recommended the following sanctions:
1. AI-Grade of 'F' in the course

2. Suspension-Academic Integrity: Your privilege to enroll in George Mason University is suspended. Please note that students may not earn credit towards their degree during the period of suspension. You will be allowed to complete the current semester, at which point your suspension will take effect. Please contact the Office of the University Registrar with questions regarding this policy. Any refunds follow the policies established by the University Registrar and Student Accounts. If you are an international student, please contact the Office of International Programs and Services to discuss your VISA status. To re-enroll after your suspension has ended, you will need to meet



Academic Integrity

4400 University Drive, MS 6C9, Fairfax, Virginia 22030
Phone: 703-993-6209; Fax: 703-993-2893

with your academic advisor and complete the form found at this link: : https://registrar.gmu.edu/wp-content/uploads/UAAA.pdf .  Start Date: 07/10/2020 End Date: 12/18/2020

A record of your case will be kept on file in our office.  Please note that further violations of the Honor Code could result in your dismissal from the Institution.

You have the right to appeal this decision. If you wish to appeal the decision, you must do so within five business days. The Appeal instructions are included in this message. **Your deadline to appeal is July 9, 2020 at 4:00pm.**

If an appeal is filed, Professor Socrates Dimitriadis will be contacted and any applicable grade change will be held until the appeal has been resolved.  If, however, the appeal period expires without your filing an appeal, the faculty will submit a grade change form to the department. This form will be forwarded to the Registrar's Office and will note 'Honor Code' as the reason for the change.  Additionally, please note that failure to complete the assigned sanction will result in a hold being placed on your account.  This hold will not be removed until the sanction has been completed   Please note that further violations of the Honor Code could result in suspension or dismissal from the Institution.

If you have any questions, please feel free to contact the office.

Sincerely,

The Office of Academic Integrity Staff
George Mason University

This email and any files transmitted may contain confidential information as protected by the *Family Educational Rights and Privacy Act (FERPA),* 20 USC § 1232g and/or Electronic Communications Privacy Act, 18 U.S.C.§§ 2510-2521. If you are not the intended recipient you are hereby notified that any disclosure, copying, or distribution is prohibited.  If you have received this electronic communication in error please notify me by telephone or return e-mail and delete this message from your system completely.

**GEORGE MASON UNIVERSITY HONOR CODE
APPEAL SUBMISSION INSTRUCTIONS**

**The decision made in the appeal process is final and the case will be closed upon completion of the appeal process.  There are no further grounds of appeal beyond this process and the student does not have the option to appeal a single case multiple times.
Appeals of Honor Committee decisions must be submitted in writing within five business days of receipt of the decision letter.  The decision letter will list the deadline for the appeal.  All appeal requests should include the appeal submission form which is attached to the email containing the decision letter and should be filled out completely.  Requests must include the following information:**

- **Name and G number of the student**
- **Sanction assigned by the Honor Committee**
- **Clearly stated grounds upon which the student is appealing**
- **A written statement detailing the appeal.  Optional additional information, including witness statements in cases asserting new information, can be included**

**Appeals can result in a new hearing if they meet one of the following criteria:**
- **New information that was not available at the time of the original hearing that would have**



Academic Integrity
4400 University Drive, MS 6C9, Fairfax, Virginia 22030
Phone: 703-993-6209; Fax: 703-993-2893

- materially impacted the original outcome.  This does not include an individual failing to show up for their hearing who wants to present evidence they would have presented had they appeared, or information that was available at the time of the original hearing/review that the student failed to present.
- **Material Procedural irregularity.  Please note this is an allegation that the Honor Code process was not adhered to, and the result of which would have had a material effect on the outcome, not an allegation of a violation of academic department policy.**
- **Severity of sanction only when suspension or permanent dismissal are assigned.**

### Appeal Process

You can request to have your case reviewed by the Honor Committee Appeal Panel if you believe it meets one of the aforementioned grounds for appeal. The Honor Committee Appeal Panel consists of three Honor Committee members who did not hear the original case. You can expect to receive notification of the decision via your Mason email account.  In situations where the committee is not available to hear the appeal and the result of the appeal may impact a student's graduation, tuition deadline or other extraordinary circumstance, an individual appeal officer may be assigned to the case.

All appeals must be submitted in writing within 5 business days of your hearing. All materials intended for review must be submitted at the same time. Once the appeal packet is submitted, additional materials will not be accepted.

The Honor Committee conducts a thorough review of the appeal packet and case materials. In some circumstances, the committee may listen to the recording of the hearing if it is deemed necessary.

The committee does not hear from you in person. Based upon the evidence presented at the original hearing, the hearing report, and the appeal materials, the committee can decide to:

1. **Remand the case to a new hearing.**
2. **Adjust the sanction (non-grade related sanctions)**
3. **Deny the appeal.**

If your appeal fails to meet the specified grounds for appeal, it will be denied.  You will be notified in writing (via your official GMU email account) of the decision of the committee.

### What to Include in Your Appeal Packet

**Your Appeal Packet should include the following:**

- **The Appeal Request form**
- **Grounds upon which the appeal is based, including:**
    - **Detailed and supported information for why you believe that your case meets the specific grounds on which you are appealing.**
    - **Copies or proof of any new evidence that has been discovered since the date of the hearing, including statements from any new witnesses. Please note that for witness**



Academic Integrity

4400 University Drive, MS 6C9, Fairfax, Virginia 22030
Phone: 703-993-6209; Fax: 703-993-2893

**statements to be considered new evidence, the knowledge or potential knowledge of the witnesses could not have been known prior to or at the time of the original hearing (e.g., asking a classmate who was sitting near you during the exam to write a statement on your behalf will not be considered as new evidence because it is presumable that you could have asked that person to be a witness or to write a statement for you at the time of your hearing.)  Witness statements should be emailed directly from the witness to the Office of Academic Integrity at <u>oai@gmu.edu</u> with your name and the word "appeal" in the subject line.**

**Failure to include all materials completed (submission form and statement) will result in your appeal being denied and your case being closed.**