IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLIE AMISON, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No.: 1:22-cv-00731 |
| | ) |
| RECTOR AND VISITOR OF GEORGE MASON UNIVERSITY, *et al*, | ) |
| | ) |
| *Defendant*. | ) |

**SOCRATES DIMITRIADIS' NOTICE OF HEARING ON
RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS**

Please be advised that on Friday, the 10th day of February 2023, at 10:00 a.m., or as soon thereafter as the parties may be heard, counsel for Defendant, Socrates Dimitriadis, will move the Court to hear Defendant's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss.

January 13, 2023                                    RESPECTFULLY SUBMITTED

                                                                   /s/

                                        Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu

*Attorney for Socrates Dimitriadis*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record in this case.

                                                        /s/

Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu