FILED: January 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1042
(1:22-cv-00731-CMH-WEF)

_____

KYLIE AMISON

    Plaintiff - Appellee

v.

GEORGE MASON UNIVERSITY; THE RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY

    Defendants - Appellants

and

JOHN DOES 1-25; SOCRATES DIMITRIADIS

    Defendants

_____

O R D E R
_____

Upon consideration of appellants' unopposed motion for abeyance, the court suspends proceedings on appeal pending the district court's resolution of appellants' Fed. R. Civ P. 59 and 60 motion. The clerk shall transmit a copy of this order to the district court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk