# EXHIBIT 1

| | |
|---|---|
| **From:** | Kim Schuetzler |
| **To:** | courtmail@vaed.uscourts.gov; Eli Schlam |
| **Cc:** | Keith Altman; Lori Crusselle; William Wallace Smith III |
| **Subject:** | Amison v. Rector and Visitor of George Mason University (Case No. 1:22-cv-00731) - Technically Issue with System |
| **Date:** | Friday, January 27, 2023 8:41:38 PM |
| **Attachments:** | image001.png<br>2023_01_27_Amison_Response to Dimitriadis MTD.pdf |

Plaintiff has encountered a technical issue with the filing system. Counsel will continue to attempt to remedy the issue on our end. However, Plaintiff is providing the attached copy to the court and all counsel of record as the filing of Plaintiff's Opposition to Defendant Dimitrisdis' Motion to Dismiss is due today.

Best,



**Kimberly Schuetzler**
Assistant Director of Litigation
**Firm Phone:** (248) 987-8929
http://www.kaltmanlaw.com

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*