IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KYLIE AMISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 1:22-cv-00731 |
| | ) |
| GEORGE MASON UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant Rector and Visitors of George Mason and George Mason University's Motion to Reconsider pursuant to Federal Rules of Civil Procedure 59 and 60, or, in the Alternative, Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1).

The Court is of the opinion that the previous ruling on December 5, 2022, is correct. It is hereby

ORDERED that Defendant's Motion to Reconsider and Motion to Dismiss are DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 27, 2023