IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KYLIE AMISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 1:22-cv-00731 |
| | ) |
| GEORGE MASON UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant Socrates Dimitriadis' Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

It appearing to the Court that Plaintiff's Amended Complaint states a claim upon which relief may be granted, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

*Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 27, 2023