IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLIE AMISON,<br><br>*Plaintiff,*<br><br>v.<br><br>RECTOR AND VISITORS OF GEORGE MASON UNIVERISTY, *et al.*<br><br>*Defendant.* | Civil Case No.: 1:22-cv-00731 |

## ORDER ON CONSENT MOTION FOR STAY PENDING COLLATERAL ORDER APPEAL

**COMES NOW** upon consideration of Defendants' Consent Motion for Stay Pending Collateral Order Appeal, having consent of the Plaintiff, and review of the case file it is hereby:

**ORDERED AND ADJUDGED** that this case is stayed pending resolution of Defendants' collateral order appeals to the U.S Court of Appeals for the Fourth Circuit.

**DONE AND ORDERED** this \_\_\_\_ day of _____, 2023.

_____
**DISTRICT JUDGE CLAUDE M. HILTON**
UNITED STATES DISCTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

1