FILED: April 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1385
(1:22-cv-00731-CMH-WEF)

_____

KYLIE AMISON

      Plaintiff - Appellee

v.

SOCRATES DIMITRIADIS

      Defendant - Appellant

and

GEORGE MASON UNIVERSITY; RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY; JOHN DOES 1-25

      Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:22-cv-00731-CMH-WEF |
| Date notice of appeal filed in originating court: | 04/05/2023 |
| Appellant | Socrates Dimitriadis |
| Appellate Case Number | 23-1385 |
| Case Manager | Anisha Walker<br>804-916-2704 |