FILED: April 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1042 (L)
(1:22-cv-00731-CMH-WEF)

_____

KYLIE AMISON

    Plaintiff - Appellee

v.

GEORGE MASON UNIVERSITY; THE RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY

    Defendants - Appellants

 and

JOHN DOES 1-25; SOCRATES DIMITRIADIS

    Defendants

_____

No. 23-1385
(1:22-cv-00731-CMH-WEF)

_____

KYLIE AMISON

    Plaintiff - Appellee

v.

SOCRATES DIMITRIADIS

  Defendant - Appellant

and

GEORGE MASON UNIVERSITY; RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY; JOHN DOES 1-25

  Defendants

---

## O R D E R

---

  Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 23-1042 (L) with Case No. 23-1385, and adopts the briefing order previously filed in 23-1042 (L) on March 28, 2023. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk