IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KYLIE AMISON,                )
                             )
        Plaintiff,           )
                             )
v.                           )   Civil Case No. 1:22-cv-00731
                             )
GEORGE MASON UNIVERSITY,     )
et al.                       )
                             )
        Defendants.          )

## ORDER

THIS MATTER comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit. In accordance with the Fourth Circuit's Opinion and Judgment of December 28, 2023 it is hereby

ORDERED that the Amended Complaint is DISMISSED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 22, 2024